Plaintiff's Name: DAVID BROWN
Prisoner No.: BS 1642
Institutional Address: 1 Main Street San Quentin, CA. 94974

FILED

Feb 15 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

David Brown
*(Enter your full name)*

v.

Lieutenant Bass
Sgt Matthew Taylor
Sgt Simpson
E. Castillo

*(Enter the full name(s) of all defendants in this action)*

Case No. 3:23-cv-671 LB
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement: San Quentin State Prison

B. Is there a grievance procedure in this institution? ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure? ☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: #000000316587 Ruled: Allegation of Staff Misconduct Date 10-14-22, decision exhausts Administrative Remedies

2. First formal level: An investigation was Date 12-15-22 conducted per CCR's Regulations And The Allegations were Sustained Misconduct was Identified.

3. Second formal level: _____

_____

_____

4. Third formal level: _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?
☐ YES        ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

_____

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
There Are over 100 Plaintiffs

_____

_____

B. For each defendant, provide full name, official position and place of employment.
Lieutenant Bass, Sgt. Matthew Taylor
Sgt. Simpson, Correctional Officer
E. Castillo
They Are All correctional officers for
C.D.C.R And work At San Quentin State Prison

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On October 8th 2022 Around 15 to 20 Inmates At A Time were directed to the yard of the H-unit of San Quentin State Prison to Be Subjected to A unclothed Body inspection in the Public Fordum, In View of A public Street

Multiple Residential Houses A full staff parking lot and in the presence of two female correction officers and two female medical staff. in a non-emergency situation. Without benefit of required privacy shielding thus subjecting claimant to embarrassment, humiliation, intimidation, indignity, and invasion of privacy. This was done under the direction and order of Lt. Bass and was supervised by him. Sgt. Taylor and Sgt. Simpson. Female officer E. Castillo spectated as did another, Multiple persons employed by C.D.C.R violated claimants civil Rights. 8th and 4th Amendments and Title 15 CCR 3287(b) which Results in Staff Misconduct perpetuated against claimants and subjecting perpetrators to civil penalty as provided by California Civil code section 52(b)(2), 51.7, and other relevant civil codes as well

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I pray that the courts awards me a fair amount of money for the embarrassment, humiliation, intimidation, indignity and invasion of my privacy. That I suffered which exacerbated my depression and anxiety

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 1-30-23

Date

Signature of Plaintiff

State of California                                                                          Departme...

# Memorandum

Date  :  12/20/2022

To  :  Brown, David BS1642
       Facility B 3H60L
       San Quentin State Prison

Subject:  ALLEGATION OF STAFF MISCONDUCT RESPONSE REGARDING ALLEGATIONS AGAINST STAFF TRACKING SYSTEM LOG NUMBER: 20027251
(OFFENDER GRIEVANCE TRACKING SYSTEM LOG NUMBER: 325629)

The California Department of Corrections and Rehabilitation (CDCR) received your allegation of staff misconduct on October 17, 2022. In your complaint, you made the following allegations:

- The inmate alleged Lt. Bass, Sgt. Simpson, and Sgt. Taylor improperly enforced an unclothed body search of inmates housed in San Quentin Facility B H Unit Dorm 3 outside of Dorm 3 in violation of the California Code of Regulation Title 15 section 3287(b).
- The inmate alleged this has caused emotional pain and suffering.

The allegation(s) was/were processed in accordance with the CDCR staff misconduct regulations set forward in the California Code of Regulations (CCR), Title 15, Section 3486, Allegations of Staff Misconduct towards an Incarcerated Person or Parolee.

The processes set forth in CCR, Title 15, Section 3486 have concluded and the Hiring Authority has made the following determination regarding each allegation:

- An investigation into your allegations has been complete and it has been determined the allegations are Sustained.

FINDINGS:

Your allegation is SUSTAINED in that:

-Staff misconduct has been identified.

ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or inmates.

State of California         Departme.

# Memorandum

Date : 12/20/2022

To : Brown, David BS1642
Facility B 3H60L
San Quentin State Prison

Subject: ALLEGATION OF STAFF MISCONDUCT RESPONSE REGARDING ALLEGATIONS AGAINST STAFF TRACKING SYSTEM LOG NUMBER: 20027251
(OFFENDER GRIEVANCE TRACKING SYSTEM LOG NUMBER: 325629)

The California Department of Corrections and Rehabilitation (CDCR) received your allegation of staff misconduct on October 17, 2022. In your complaint, you made the following allegations:

- The inmate alleged Lt. Bass, Sgt. Simpson, and Sgt. Taylor improperly enforced an unclothed body search of inmates housed in San Quentin Facility B H Unit Dorm 3 outside of Dorm 3 in violation of the California Code of Regulation Title 15 section 3287(b).
- The inmate alleged this has caused emotional pain and suffering.

The allegation(s) was/were processed in accordance with the CDCR staff misconduct regulations set forward in the California Code of Regulations (CCR), Title 15, Section 3486, Allegations of Staff Misconduct towards an Incarcerated Person or Parolee.

The processes set forth in CCR, Title 15, Section 3486 have concluded and the Hiring Authority has made the following determination regarding each allegation:

- An investigation into your allegations has been complete and it has been determined the allegations are Sustained.

FINDINGS:

Your allegation is SUSTAINED in that:

-Staff misconduct has been identified.

ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or inmates.

Page 2

Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

DocuSigned by:

*Oak Smith*

6021DD0B21AF4A0...

Ron Broomfield
Warden
San Quentin State Prison

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)                                                                                          Page 1 of 2

| STAFF USE ONLY | OGT Log No: 325629 | Date Received: NOV 04 2022 |
|---|---|---|
| | Decision Due Date: | INMATE GRIEVANCE OFFICE |
| | Categories: | CALIFORNIA STATE PRISON SAN QUENTIN, CA 94964 |

Claimant Name: **BROWN**    CDCR #: **BS1642**

Institution/Parole Region: _____    Current Housing/Parole Unit: _____

**STAFF USE ONLY**

Use this form to file a complaint with the Department.

**In order for the Department to understand your complaint, please answer all of the following questions:**

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

On 10-8-22 while being housed at S.Q.S.P in dorm 3 of the H-unit. Myself and about 15 other inmates at a time were sent to the yard to be subjected to a unclothed body search. During said search I was striped completly Naked and made to show my Anus and cough as well as my penis and testicals in a Non-emergency situation in front of dozens of other inmates and Female officers. One E. Castillo who stood outside the Admit building door and watched and another Hispanic female who watched then walked to the chowhall and stood their and resumed watching and in direct view of the female medical staff who issue our medication and in direct view of the parking lot. This was done under the supervisor of Lieutenant bass and sargents Simpson and Taylor. This was both unprofessional and unnecessary due to the multiple facilitie

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
**CDCR 602-1 (Rev. 01/22)**

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

available to be used to avoid this clear violation of my rights. This search was done in a manner that not only embarrassed me but degraded me and humiliated me and has caused me to suffer mental and emotional stress, pain and anxiety.

Per tittle 15 3287(b)

**Claimant Signature:** _____  **Date Signed:** _____

ADA Accessible

STATE OF CALIFORNIA  
**RIGHTS AND RESPONSIBILITY STATEMENT**  
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

DAVID BROWN  
COMPLAINANT'S PRINTED NAME

[signature]  
COMPLAINANT'S SIGNATURE

10-21-22  
DATE SIGNED

DAVID BROWN  
INMATE/PAROLEE PRINTED NAME

[signature]  
INMATE/PAROLEE'S SIGNATURE

BS1642  
CDC NUMBER

10-21-22  
DATE SIGNED

RECEIVING STAFF'S PRINTED NAME

RECEIVING STAFF'S SIGNATURE

DATE SIGNED

DISTRIBUTION:  
ORIGINAL -  
Public - Institution Head/Parole Administrator  
Inmate/Parolee - Attach to CDC form 602  
Employee - Institution Head/Parole Administrator  
COPY - Complainant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42 U.S.C. § 1983

I.   SCOPE OF 42 U.S.C. § 1983

You may file a civil rights action under 42 U.S.C. § 1983 to challenge federal constitutional or statutory violations by state actors which affect the conditions of your confinement.

A § 1983 action may not be used to challenge the length of your sentence or the validity of your conviction. Such claims must be addressed in a petition for a writ of habeas corpus, on the forms provided by the clerk. If you wish to challenge a state court sentence or conviction, ask for the packet titled *Instructions for Filing a Petition for a Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254.*

II.   FILING A § 1983 ACTION

To file a § 1983 action, you must submit:
- an original, completed complaint form; and
- a check or money order for $402, or an original, completed Prisoner's Application to Proceed *In Forma Pauperis* (see more below).

When these forms are completed fully, provide these forms to the librarian for scanning if the prison participates in Prison Email Filing with this court; otherwise, mail the originals to: Clerk, U.S. District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

III.   FILING FEE

The fee for filing a § 1983 action is $402 ($350 filing fee plus $52 administrative fee), to be paid at the time of filing. If you are unable to pay the full fee when you file your complaint, you may petition the court to proceed *in forma pauperis*, using the forms provided by the clerk. Ask for the packet titled *Instructions for Filing an Application to Proceed* In Forma Pauperis *by a Prisoner under 28 U.S.C. § 1915.* Even if you are granted leave to proceed in forma pauperis, you must still pay the $350 filing fee (not the $52 administrative fee), but the filing fee will be paid in several installments.

You must complete the Prisoner's Application to Proceed *In Forma Pauperis* in its entirety and sign and declare under penalty of perjury that the facts stated therein are true and correct. Each plaintiff must submit his or her own Prisoner's *In Forma Pauperis* Application. You must use the Prisoner's *In Forma Pauperis* Application provided and not any other version.

IV.   COMPLAINT FORM

You must complete the complaint form in its entirety. All questions must be answered for your action to proceed. Your responses must be typewritten or legibly handwritten and you must sign and declare under penalty of perjury that the facts stated in the complaint are true.